

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Colten Jones
1450 Production Rd
Fort Wayne IN
   46808

9590 9402 7671 2122 0869 85

2. Article Number *(Transfer from service label)*
9589 0710 5270 2934 4218 66

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

-FILED-

SEP 11 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ... Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**

INDIANAPOLIS IN 460
8 SEP 2025 PM 1 L

9590 9402 7671 2122 0869 85

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

1:25CV461

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Jones
6614 Baytree Dr
Fort Wayne IN
   46825

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Storey
6509 mutual Dr
Fort Wayne IN
46825

9590 9402 7671 2122 0869 78

2. Article Number *(Transfer from service label)*

9589 0710 5270 2934 4218 80

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Cassie Bildenbeck
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery
Cassie M Bildenbeck      9/5/25

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

-FILED-

SEP 11 2025

At _____ M
Chanda J Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

INDIANAPOLIS IN 460

8 SEP 2025 PM 6 L

9590 9402 7671 2122 0869 78

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

1:25 CV 461

• Sender: Please print your name, address, and ZIP+4® in this box•

Jennifer Jones
6614 Baytree Dr
Fort Wayne IN
46825

Proof of delivery of initial complaint

**Tracking Number:**

## 9589071052702934421866

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 8:16 am on September 5, 2025 in FORT WAYNE, IN 46808.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

✓ Delivered
**Delivered, Left with Individual**
FORT WAYNE, IN 46808
September 5, 2025, 8:16 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Tracking Number:**

## 9589071052702934421880

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 12:12 pm on September 5, 2025 in FORT WAYNE, IN 46825.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

✓ Delivered
**Delivered, Left with Individual**
FORT WAYNE, IN 46825
September 5, 2025, 12:12 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

✕

Your item was delivered to an individual at the address at 8:16 am on September 5, 2025 in FORT WAYNE, IN 46808.

**Get More Out of USPS Tracking:**
    **USPS Tracking Plus®**

FORT WAYNE, IN 46808
September 5, 2025, 8:16 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

✕

Your item was delivered to an individual at the address at 12:12 pm on September 5, 2025 in FORT WAYNE, IN 46825.

**Get More Out of USPS Tracking:**
    **USPS Tracking Plus®**

FORT WAYNE, IN 46825
September 5, 2025, 12:12 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs